# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN ROYAL, in his official capacity as Executive Board Member of the Detroit Federation of Teachers, *et al.*, | Wayne County Circuit Court Case No.: 20-009088-CZ Hon. Martha M. Snow |
| Plaintiff, | |
| v. | U.S.D.C. Case. No. Hon: |
| DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT and DPSCD SUPERINTENDENT NIKOLAI VITTI, in his official capacity, | |
| Defendants. | |

| | |
|---|---|
| **DRIVER, SCHON & ASSOCIATES PLC** <br> Shanta Driver (P65007) <br> 19526-B Cranbrook Drive <br> Detroit, Michigan 48221 <br> (313) 683-0942 (Telephone) <br> shanta.driver@ueaa.net <br> Counsel for Plaintiffs | **DETROIT PUBLIC SCHOOLS COMMUNITY DISTRCT OFFICE OF THE GENERAL COUNSEL** <br> Jenice C. Mitchell Ford (P61511) <br> jenicemitchellford@detroitk12.org <br> Rebecca Shaw-Hicks (P40732) <br> rebecca.hicks@detroitk12.org <br> Theophilus E. Clemons (P47991) <br> theophilus.clemons@detroitk12.org <br> 3011 West Grand Blvd., Ste. 1002 <br> Detroit, Michigan 48202 <br> (313) 873-4528 (Telephone) <br> (313) 873-4564 (Facsimile) <br> Counsel for Defendants Detroit Public Schools Community District and Dr. Nikolai P. Vitti |

## DEFENDANTS DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT AND DPSCD SUPERINTENDENT NIKOLAI VITTI'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

PLEASE TAKE NOTICE that Defendants Detroit Public Schools Community District (DPSCD) and DPSCD Superintendent Nikolai Vitti (Defendants), by their undersigned counsel, hereby remove this action entitled, Benjamin Royal in his official capacity as Executive Board Member of the Detroit Federation of Teachers, *et al.,* vs. Detroit Public Schools Community District and DPSCD Superintendent Nikolai Vitti, in his official capacity, to the United States District Court for the Eastern District of Michigan, Southern Division, and in support thereof files this notice of removal for the following reasons:

1. On July 20, 2020 Plaintiffs commenced an action against Defendants, entitled Benjamin Royal, *et al.,* vs. Detroit Public Schools Community District and DPSCD Superintendent Nikolai Vitti, in his official capacity, in the Wayne County Circuit Court, Case No**.** 20-009088-CZ, assigned to Judge Martha M. Snow.

2. Defendants were served on July 20, 2020**,** with the attached Class Action

Complaint for Declaratory and Injunctive Relief and Petition for Writ of Mandamus, for Violation of Civil Rights(Complaint)(Exhibit A), and Plaintiff's Motion for Ex Parte Temporary Restraining Order, Writ of Mandamus, and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Exh. B).

3. This Notice of Removal is being filed within 30 days after the receipt by Defendants of Plaintiffs' Complaint as required by 28 U.S.C. §1446(b) and is timely.

4. This Court has jurisdiction over this case based on federal question jurisdiction pursuant to 28 U.S.C. §1331.

5. This Court has supplemental jurisdiction over the state law claims in the case pursuant to 28 U.S.C. §1367(a).

6. Plaintiffs seek class certification.

7. For their federal law claims, Plaintiffs allege substantive due process - bodily integrity violations in violation of the Fourteenth Amendment of the United States Constitution, and Equal Protection-Race Discrimination violations, also in violation of the of Fourteenth Amendment of the United States Constitution. (Exhibit A, Counts III and V).

3

8. For their state law claims, Plaintiffs allege violations of the Michigan Constitution, Article I, Sec. 17 Substantive Due Process- Bodily Integrity, violations of the Michigan Constitution Article I, Sec. 2 Equal Protection – Racial Discrimination, violation of the Michigan Constitution, Art. VIII, Sec. 2 Nondiscrimination in Education, and violation of the Elliot-Larsen Civil Rights Act, (Exhibit A, Counts II, IV, VI, VII).

9. Plaintiffs include a prayer for injunctive relief class, a declaration that the conduct of Defendants is unconstitutional, injunctive relief ordering Defendants not to resume in-person school instruction for Summer, 2020, and an order for attorney fees and expenses.

10. Plaintiffs' state law claims arise from the same common nucleus of operative facts and are so intertwined with and related to Plaintiffs' federal claims that they form part of the same case or controversy as those federal claims, over which this Court has original jurisdiction.

11. Venue is proper pursuant to 28 U.S.C. §1391 because Wayne County, Michigan, is contained within the Eastern District of Michigan, Southern Division.

12. All the prerequisites have been met for this civil action to be removed to this Court by Defendants pursuant to 28 U.S.C. §1441(a) and (b).

13. Defendants will give written notice of the filing of this notice of removal to all adverse parties, and will file a copy of this notice of removal with the Circuit Court for the County of Wayne, as required by 28 U.S.C. §1446(d).

14. Defendants file this notice of removal and removes this action to the United States District Court for the Eastern District of Michigan. Plaintiffs are notified to proceed no further in state court unless or until the case is remanded by order of said United States District Court.

Respectfully submitted,

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT OFFICE OF
THE GENERAL COUNSEL

/s/Theophilus E. Clemons
Theophilus E. Clemons (P47991)
theophilus.clemons@detroitk12.org
Jenice C. Mitchell Ford (P61511)
jenicemitchellford@detroitk12.org
Rebecca Shaw Hicks (P40732)
rebecca.hicks@detroitk12.org
3011 West Grand Boulevard, Suite 1002
Detroit, Michigan 48202
(313) 873-4528 (Telephone)
(313) 873-4564 (Facsimile)
Counsel for Defendants Detroit Public
Schools Community District and
Superintendent Nikolai Vitti

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2020, the following documents were served on Plaintiff's counsel Shanta Driver via e-mail to shanta.driver@ueaa.net, and U.S. Mail at her address of record: 1) DEFENDANTS DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT AND DPSCD SUPERINTENDENT NIKOLAI VITTI'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION with Exhibits, and 2) Civil Cover Sheet and 3) CERTIFICATE OF SERVICE.

/s/ Theophilus E. Clemons
Theophilus E. Clemons (P47991)
theophilus.clemons@detroitk12.org
Jenice C. Mitchell Ford (P61511)
jenicemitchellford@detroitk12.org
Rebecca Shaw Hicks (P40732)
rebecca.hicks@detroitk12.org
3011 West Grand Boulevard, Suite 1002
Detroit, Michigan 48202
(313) 873-4528 (Telephone)
(313) 873-4564 (Facsimile)
Counsel for Defendants

6