UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN ROYAL,

        Plaintiff,

v.

DETROIT PUBLIC SCHOOL COMMUNITY
DISTRICT, NIKOLAI VITTI,

        Defendants.

_____/

Case No. 20-11947

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
DAVID R. GRAND

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AS MOOT**

Plaintiffs are school-teachers, bus drivers, and support staff for the Detroit Public School Community District ("DPSCD"). They brought this suit for injunctive relief to address what they allege are deficiencies in the DPSCD's pandemic response.

The Court held an on the record conference on the Temporary Restraining Order on July 21, 2020. The Court remanded two of Plaintiffs' claims to Wayne County Circuit Court. (ECF No. 9). Plaintiffs' motion for a temporary restraining order was resolved by a stipulated temporary restraining order, entered on July 22, 2020. (ECF No. 13). Though there has been some disagreement as to the extent of

both parties' compliance with the stipulated order, the summer school program that was the subject of this litigation ended on August 6, 2020. The case therefore appears moot.

Accordingly,

**IT IS ORDERED** that either party **SHOW CAUSE** in writing why this case should not be dismissed as moot. A response will be due on **August 18, 2020.**

**SO ORDERED**.

Dated: August 10, 2020

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge